**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD STARKES, | : |
| Plaintiff, | : |
| | : Civ. No. 22-3088 (GC) (JBD) |
| v. | : |
| KENNETH J. MCCARTHY, et al., | : **MEMORANDUM & ORDER** |
| Defendants. | : |

Plaintiff is a former state prisoner proceeding *pro se* with a civil rights Complaint filed pursuant to 42 U.S.C. § 1983. (*See* ECF 1). Previously, this Court granted Plaintiff's application to proceed *in forma pauperis*. (*See* ECF 2). Typically, this Court would now screen Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). However, it has come to the attention of this Court that Plaintiff is no longer incarcerated at Northern State Prison in Newark, New Jersey (his current address of record) and has not updated his address of record with this Court. *See https://www20.state.nj.us/DOC_Inmate/details?x=1073347&n=0* (last visited on May 23, 2023) (noting Plaintiff's release from incarceration on February 1, 2023).

Plaintiff is now in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS this 23rd day of May, 2023,

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED that if Plaintiff updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this Memorandum and Order, this Court will re-open this matter and Plaintiff's Complaint shall be screened; and it is further

ORDERED the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S mail at his last listed address of record.

_____
GEORGETTE CASTNER
United States District Judge